DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A.A.V INVESTMENTS, LLC** and **FLANCO VEILLARD,**
Appellants,

v.

**ROBERT SINGROSSI** and **DENEEN SINGROSSI,**
Appellees.

No. 4D2025-0172

[December 11, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Nicole P. Menz, Judge; L.T. Case No. 312023CC001521.

Charles E. Jarrell of Charles E. Jarrell, P.A., Vero Beach, for appellants.

Ashley P. Singrossi and Martin B. Goldberg of Lash Goldberg, Miami, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***